**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John Edward Mcknight III          CHAPTER 13
                 Debtor(s)

                                          BKY. NO. 21-13229 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                         Respectfully submitted,

                            /s/ *Rebecca Solarz*
                            Rebecca Solarz
                            10 Dec 2021, 16:01:51, EST

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322