# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:	John Edward McKnight, III	:	Chapter 13
	:
	:
	Debtor	:	Bky. No.  21-13229-amc
	:
	:
	:

## ORDER DISMISSING CASE

AND NOW, it is ORDERED that since the debtor has failed to timely file the documents required by the order dated December 7, 2021, this case be and the same is hereby **DISMISSED.**

**Date: December 22, 2021**

_____
UNITED STATES BANKRUPTCY JUDGE

Missing Documents:

Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2 - If Applicable
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106